UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-224-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | MOTION TO CONTINUE |
| | ) | SENTENCING HEARING |
| | ) | |
| TEYAH SHYNIKIA ENGLISH | ) | |

1. Upon motion of the United States, it is hereby ORDERED that the MOTION TO CONTINUE SENTENCING HEARING in the above-captioned case be sealed.

2. It is FURTHER ORDERED that the Clerk unseal and publish the Motion upon motion of the United States Attorney.

So ORDERED this 3rd day of January, 2013.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE