UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-224-1H(2)

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> **TEYAH SHYNIKIA ENGLISH** | ORDER TO SEAL |

On motion of the Defendant, **TEYAH SHYNIKIA ENGLISH**, and for good cause shown, it is hereby ORDERED that the **[DE 35 ]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 7th day of **March, 2013**.

_____
MALCOLM J. HOWARD
Senior United States Judge