UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Teyah Shynikia English**             **Docket No. 5:12-CR-224-1H**

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Teyah Shynikia English, who, upon an earlier plea of guilty to 18 U.S.C. §371, Conspiracy to Commit Robbery, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 12, 2013, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Teyah Shynikia English was released from custody on November 07, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant committed the offenses of Reckless Driving (17CR702439) and Driving While License Revoked (17CR702440) on May 10, 2017, in Bladen County, North Carolina. The defendant has been verbally reprimanded for this conduct and it is recommended that she complete 24 hours of community service as a sanction for this conduct.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith                                 /s/ Mindy L. Threlkeld
Eddie J. Smith                                       Mindy L. Threlkeld
Supervising U.S. Probation Officer          Senior U.S. Probation Officer
                                                     150 Rowan Street Suite 110
                                                     Fayetteville, NC 28301
                                                     Phone: 910-354-2539
                                                     Executed On: May 15, 2017

Teyah Shynikia English
Docket No. 5:12-CR-224-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 16th day of May 2017, and ordered filed and made a part of the records in the above case.

/s/ Malcolm J. Howard
Malcolm J. Howard
Senior U.S. District Judge